COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Melissa Bierwirth v. AH4R 1 TX, LLC

Appellate case number:    01-13-00459-CV

Trial court case number:    1027657

Trial court:    Co Civil Ct at Law No 2 of Harris County

On November 18, 2013, appellant filed a Motion to Supplement the Record on Appeal. The order is hereby **GRANTED**. The **clerk of the trial court is hereby ORDERED** to supplement the record with (1) Rex L. Kessler's filing on or about May 9, 2013 titled "Notice of Appearance of Local Counsel for Plaintiff, Notice of Intent and Notice of Trial Setting," and (2) a March 4, 2013 Notice of Filing of Business Records and Affidavit, or certify that the documents do not exist, **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: ___/s/Harvey Brown
X Acting individually    ☐ Acting for the Court

Date:  November 21, 2013